STATE of Missouri, Respondent

v.

Timothy Irwin MURRAY, Appellant.

No. WD 74737.

Missouri Court of Appeals,
Western District.

Dec. 18, 2012.

Amy Bartholow, Columbia, MO, for appellant.

Andrew Hooper, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, J., and CHRISTINE CARPENTER, Sp. J.

### ORDER

PER CURIAM.

Timothy Irwin Murray appeals the circuit court's judgment convicting him of failing to register as a sex offender. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Johnnie Jewiel WILLIAMS, Appellant.

No. WD 74298.

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Alexa Irene Pearson, Assistant Public Defender, Columbia, MO, for appellant.

Before Division IV: JAMES EDWARD WELSH, Chief Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Johnnie J. Williams appeals his convictions, following a jury trial in the Circuit Court of Boone County, Missouri, of three counts of felony driving while revoked. Mr. Williams argues that the circuit court erred in overruling his evidentiary objections. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).